UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA SHARMA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARDSON C. GRISWOLD,<br><br>        Defendant. | No. 2:19–cv–1731–MCE–KJN (PS)<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT<br><br>(ECF Nos. 5, 6) |

    Plaintiff filed an action against Defendant on September 3, 2019. (ECF No. 1.) On October 10, Defendant filed a motion to dismiss. (ECF No. 5.) Seven days later, Plaintiff filed a First Amended Complaint. (ECF No. 6.) Federal Rule of Civil Procedure 15(a) allows for a complaint to be amended "once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . ."). This amendment as a matter of course renders an original complaint null. Rhodes v. Robinson, 621 F.3d 1002, 1005 (9th Cir. 2010) ("[W]hen a plaintiff files an amended complaint, the amended complaint supersedes the original, the latter being treated thereafter as non-existent.").

    Accordingly, IT IS HEREBY ORDERED that Defendant's pending motion to dismiss (ECF No. 5) is DENIED AS MOOT.

////

IT IS SO ORDERED.

Dated: October 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shar.1731