UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA SHARMA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARDSON C. GRISWOLD,<br><br>　　　　Defendant. | No. 2:19–cv–1731–MCE–KJN (PS)<br><br><u>SUPPLEMENTAL ORDER</u><br><br>(ECF No. 12) |

On November 1, 2019, Defendant filed a motion to dismiss, and noticed the motion for December 5, 2019 hearing. (ECF No. 10.) Under the Court's local rules, Plaintiff was to file an opposition by November 22. On November 25, the Court reviewed the docket in this case and found that Plaintiff had not submitted any opposition. Thus, the Court vacated the hearing date, ordered Plaintiff to file his opposition (or statement of non–opposition), and sanctioned Plaintiff $250 for failing to follow the Court's local rules. (ECF No. 12.)

However, unbeknownst to the undersigned, Plaintiff had in fact filed his opposition by submitting the papers to the public counter on November 25. (ECF No. 11.) This filing was not docketed until November 26, and due to a lag in docketing, was actually filed on the docket an hour before the Court's "file an opposition" order (ECF No. 12) was docketed.

///

1

Thus, in the interests of justice, the Court will vacate the order for Plaintiff to file an opposition and pay a sanction.[1] The filing deadline for Defendant's reply, if any, remains December 16, though should Defendant wish to submit this sooner, he may do so. Finally, the hearing on Defendant's motion to dismiss remains vacated, and the matter will be taken under submission after the expiration of the briefing period. See L.R. 230(g).

Accordingly, it is HEREBY ORDERED:

1. The Court's order for Plaintiff to file an opposition is VACATED;
2. The Court's order sanctioning Plaintiff $250 for failing to file an opposition is also VACATED;
3. The due date for Defendant's reply, if any, remains December 16;
4. The hearing on Defendant's motion to dismiss (ECF No. 10) remains VACATED; and
5. Defendant's motion to dismiss will be taken under submission without oral argument, as per Local Rule 230(g), after the expiration of the briefing period.

IT IS SO ORDERED.

Dated: November 27, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shar.1731

---

[1] The Court notes that in filing the opposition on November 25, Plaintiff still ran afoul of the Court's local rules, as this filing was three days late. Further failure on Plaintiff's part to follow the local rules may result in the imposition of further sanctions. Should he need them, the Court's local rules are available on the Court's website, at:
http://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/